HERBERT LIEBERTHAL, Doing Business as HERBERT ENGINEERING Co., Appellant, v. SINCLAIR REFINING COMPANY, Respondent.— In an action to recover damages for breach of contract in which the defendant pleaded the Statute of

Frauds (Personal Property Law, § 31, subd. 1; § 33-c) as defenses, order granting defendant's motion for summary judgment, and judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ. [See *post*, p. 969.]